IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01391-WJM-MJW

DR. HAROLD GENE HOLDERNESS,

Plaintiff,

v.

BIRNER DENTAL MANAGEMENT SERVICES, INC. d/b/a PERFECT TEETH,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendant's Unopposed Motion for Leave to Amend the Scheduling Order (Docket No. 28) is GRANTED. The Scheduling Order (Docket No. 18) is amended to extend the deposition deadline up to and including April 12, 2013.

Date: March 12, 2013